UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 JAN -4  PM 4: 46

NANCY M.
MAYER WHITTINGTON
CLERK

MICHAEL MOMENT,
    Plaintiff,

vs.

Case No.1:05CV02470 R.W. R.

DISTRICT OF COLUMBIA,
    Defendants,

### AFFIDAVIT OF SERVICE

I, _[signature]_, hereby declare that on the 27 of December 2005, I mailed a copy of the summons and complaint, next day certified mail return receipt requested to Ms. Theresa A. Rowell. Attached hereto is the green card acknowledging service

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Theresa Rowell
Office of the Attorney General
441 4th Street N.W
Washington, DC
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
_[illegible]_  12-28-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
EQ 245081676 US

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

P. O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832-7906

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 JAN -4 PM 4: 46

NANCY M.
MAYER-WHITTINGTON
CLERK

MICHAEL MOMENT
     Plaintiff

vs.                                        Case No.1:05CV02470 R.W. R.

DISTRICT OF COLUMBIA,
       Defendants,

### AFFIDAVIT OF SERVICE

I, _____, hereby declare that on the 27 of December 2005, I mailed a copy of the summons and complaint, next day certified mail return receipt requested to Mayor, Anthony Williams. Attached hereto is the green card acknowledging service

[Return receipt card:]
- Article Addressed to: Mayor Anthony Williams, 1356 Pennsylvania Ave. N.W, Washington, DC. 20004
- Article Number: EQ 245081680 US
- Service Type: Express Mail
- Received by: DC Gov, 12-28-2005
- PS Form 3811, February 2004, Domestic Return Receipt

Michael Moment
P. O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832-7906