CO-538
Rev.3/87

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Moment Pro se )
      Plaintiff(s) )
)
vs. )   Civil Action No. 1:05CV02470
)
District of Columbia )
      Defendant(s) )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _10_ day of _March_, ~~19~~ _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _Michael Moment Pro se_

was [were]: [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgement Form was signed by addressee); _G. Dunmore and M. Smith_ ].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.]

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_Michael Moment_ Pro se
Attorney for Plaintiff(s)[signature]

_P.O. Box 5298_
_Hyattsville, Md. 20782-0298_
_(240) 832-7906_