UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL MOMENT, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 05-2470 (RWR) |
| THE DISTRICT OF COLUMBIA *et al.*, | ) |
|        Defendants. | ) |

### DEFENDANTS' VERIFIED ANSWER TO THE COMPLAINT

Defendants District of Columbia, Anthony Williams, and Corporation Counsel of the District of Columbia ("Defendants"), by and through counsel, answers the Complaint herein as follows:

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

As to each of the unnumbered paragraphs of the Complaint, Defendants specifically answer as follows:

### Facts of the Case

Defendants deny all allegations asserted in this section and demand strict proof thereof.

**Against the Defendant, Plaintiff alleged:**

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

14. Paragraph 14 is denied.

## Violation of United States Code

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

## Violation of Federal Rules of Appellate Procedure

1. Paragraph 1 is denied.

## Violation of Superior Court Rules

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

### Violation of Superior Court Rules Civil

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

### Violation of Federal Rules of Civil Procedure

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied

10. Paragraph 10 is denied

11. Paragraph 11 is denied

12. Paragraph 12 is denied.

13. Paragraph 13 is denied.

### Violation of Federal Rules of Civil Procedure

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

**Violation of District of Columbia Code and Procedure**

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

**Violation of Due Process under U.S.C. Title 18**

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

Defendants incorporate by reference herein their answers to the Complaint above. All remaining allegations in the Complaint are denied.

**Third Defense**

Defendants deny all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.

**Fourth Defense**

Defendants, their agents, servants, and employees acting within the course and scope of their employment, have performed their obligations, if any, towards plaintiff in accordance with all applicable statutory, regulatory, constitutional, and common law requirements.

**Fifth Defense**

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries were the result of his own intentional, illegal and/or otherwise wrongful conduct.

**Sixth Defense**

If plaintiff was injured and/or damaged as alleged in the Complaint, such injuries and damages were the result of a person or persons other than Defendants, their employees, agents and servants acting within the scope of their employment.

### Seventh Defense

Defendants' interpretations of all applicable contractual, statutory, regulatory, constitutional, and common law requirements are rational and reasonable; are not arbitrary and capricious; and are otherwise in accordance with the law.

### Eighth Defense

At all times relevant herein, Defendants, their employees, agents and servants, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

### Ninth Defense

Defendants assert immunity, qualified immunity, absence of bad faith and absence of gross negligence and reckless indifference.

### Tenth Defense

Acts or omissions of Defendants, its employees, agents, or servants acting within the course and scope of their employment, were discretionary and/or cannot create liability pursuant to the doctrine of absolute and/or qualified immunity.

### Eleventh Defense

Plaintiff may have failed to fully comply with the mandatory notice requirements of D. C. Code Section 12-309 (1981).

### Twelfth Defense

Plaintiff may have failed to mitigate his damages.

### Thirteenth Defense

Plaintiff may have filed this action outside the time limits imposed by the Statute of Limitations.

### Fourteenth Defense

Plaintiff's claims are barred by collateral estoppel and res judicata.

Defendants reserve the right to amend its Answer to the Complaint and to raise any additional defenses, which the evidence in discovery may reveal.

### Set-off

Defendants assert a set-off against any judgment rendered against it for all funds and services provided to or on behalf of Plaintiff, including medical care.

### Jury Demand

Defendants hereby demand a trial by jury.

WHEREFORE, having fully answered the Complaint filed herein, Defendants pray that same be dismissed, and that they recover their costs of suit expended herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY MATTHEWS JOHNSON [435163]
Section Chief
General Litigation Section I

THERESA A. ROWELL [462523]
Assistant Attorney General
441 Fourth Street, N.W., 6S087
Washington, D.C. 20001
(202) 724-6539

## VERIFICATION

I, Ronald Harris, Deputy General Counsel for the Metropolitan Police Department of the District of Columbia, verify that the answer to the complaint filed by Michael Moment, Case Number 05-2470, are true and accurate, and based on the documents reviewed.

_____
Ronald Harris, Deputy General Counsel
Metropolitan Police Department, D.C.

DISTRICT OF COLUMBIA, ss:

Signed and sworn to before me on this __10__ day of __April__, 2006.

_____
NOTARY PUBLIC, D.C.

My Commission expires: _____

JULIA JOHNSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2010