## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| MICHAEL MOMENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1888<br>Calendar #14 Judge Weisberg<br>Next Event: 11/18/05<br>Dispositive Motion |

### ORDER

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, the opposition thereto, and the record herein, it is by the Court this _11th_ day of _January_, 2005,

ORDERED:   that the Motion is GRANTED; and it is

FURTHER ORDERED:   that the plaintiff's Complaint be DISMISSED WITH PREJUDICE. _for failure to satisfy DC Code §12-309 as to Plaintiff's non-constitutional claims and, as to his constitutional claims, pursuant to Monell v. Dept. of Social Services of the City of New York, 436 U.S. 658, 694 (1978)._

_____
JUDGE, Superior Court of the District of Columbia

Cc:   Michael Moment
P.O. Box 1456
Owings Mills, MD 21117

Theresa A. Rowell
Assistant Attorney General
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001

Order docketed and copies mailed from Chambers, First Class Mail, to parties indicated above on 1/12/06.

9

