# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Michael Moment
P.O. Box 1456
Wings Mills md.
21117 vs.

District of Columbia
Anthony A. Williams
350 Pennsylvania Ave N.W
Washington DC 20004

**Plaintiff**

**Defendants**

FILED
CIVIL ACTIONS BRANCH
MAR 15 2005
Superior Court
of the District of Columbia
Washington, D.C.

CIVIL ACTION No. _____

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

On April 7, 2004, Mr. Moment's Constitional and Civil rights were violated when two representatives of the District of Columbia filed false paper work to have Mr. Moment arrested. These two representatives harassed and filed the false papers in retaliation for Mr. Moment complaining to their supervisor.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $100,000,000.00 with interest and costs.

Phone: (240) 832-7906

DISTRICT OF COLUMBIA, ss

Michael Moment, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____ (Plaintiff / Agent)

Subscribed and sworn to before me this 15 day of March, 2005.

_____ (Notary Public/Deputy Clerk)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

MICHAEL MOMENT

    Plaintiff,

                                   Case No.: 05ca001888
                                   Trial Date:
                                   Judge: Frederick Weisberg
                                   Calendar #14

vs.

DISTRICT OF COLUMBLA,
Mayor Anthony Williams
Corporation Counsel of District of Columbia,

    Defendants,

Michael Moment, Plaintiff, files this claim against the Defendants, the District of Columbia, for **Violating Plaintiff Constitution Rights** as following:

4th Amendment, 5th Amendment, 6th Amendment, 14th Amendment, Title 18,U.S.C., Section 242 Deprivation of Right Under Color of Law, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 1018. Official Certificates or Writings, USC Title 18, Title 28 and Title 42 § 1983.

**Amendment IV**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**Amendment V**

1

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI**

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

## STATEMENT OF FACTS

On January 27, 2004 at 2:32 pm, an Officer of the Metropolitan Police Department received a radio run to 4339 Harrison St. NW, Washington, DC of a complaint. A report was made of the event. On March 10, 2004 the Plaintiff was notified by his fiancée that a Detective Wilson of the Metropolitan Police Department had called her about a complaint her mother made in January about the Plaintiff. The Plaintiff contacted the detective and went to the Second District to talk with the detective. Upon the Plaintiff arriving at the Second District the Plaintiff met a Detective Donna Wilson and was asked if he knows a Pearl Reardon, the Plaintiff stated that he knows the crazy women. At that time, the detective stated to Plaintiff, were did you get your MD? Then the detective and Plaintiff went to a small room at which time the detective told Plaintiff he was not under arrest, but she needs to give Plaintiff his rights. Plaintiff told the detective he knows what his rights are and he had nothing to hide. At this time, Plaintiff filled out a rights card. At which time, Detective Wilson asked Plaintiff what was going on. Plaintiff then explained to Detective Wilson what was going on and that he had threatened no one. Then Detective Wilson began asking questions that had nothing to do with a phone call. The Plaintiff wrote a statement and then informed the detective that his fiancée was coming to pick him up and if she would like to talk to her. On April 6, 2004, Plaintiff called 2nd District of the Metropolitan Police Department to talk with the commanding officer about being harassed by Detective Wilson. Plaintiff was informed that the CO was on the street the Plaintiff spoke to a sergeant in charge. The Plaintiff explained how Detective Wilson was harassing him. The sergeant stated that he would inform her supervisor of the complaint. On April 7, 2004, the Plaintiff fiancée informed him that Detective Wilson had called her. Plaintiff then called Detective Wilson told her that she was harassing him and if the Plaintiff had committed a crime that she need to file the papers but stop harassing the Plaintiff. Detective Wilson then hung the phone up on the Plaintiff. On April 8, 2004, Plaintiff filed a civil complaint with the Office of Civil Complaint Review.

2

Plaintiff also delivered a copy of the complaint to the Chief of Police at 301 C Street NW, Washington, DC and Internal Affairs at 51 N Street NE, Washington, DC. On May 12, 2004, Plaintiff received a call from Detective Wilson stated that a warrant had been issued for his arrest. Plaintiff told Detective Wilson he would be down to pick it up. Plaintiff then called his attorney who informed him that it's a misdemeanor, they are going to do some paper work and let you go. Plaintiff and his fiancée went to 301 C Street Washington DC to pickup the warrant. Plaintiff was met by 5 police officers. Plaintiff was placed under arrest. Plaintiff asked what the charge was and was told that it was Felony Threat and Kidnapping. Plaintiff spent the night in lockup and on May 13, 2004, Plaintiff went before the court with an attorney he had never seen before and found out the charge had been changed. This attorney informed Plaintiff that the State was seeking mediation. Plaintiff informed this attorney that he was not mediating anything because the Plaintiff did not commit any crime. After Plaintiff talked with his fiancée and found that this attorney told her that she came from Plaintiff's attorney office Plaintiff called his attorney office and found out that that the attorney did not work out of his office. On August 11, 2004, Plaintiff went to trial and learned that the State had changed the charge again to attempted threats. On August 12, 2004, Plaintiff was found guilty of attempted threats. Do to the inadequate representation of the Plaintiff by his attorney. On August 13, 2004, Plaintiff received the warrant for the first time and found out that Detective Wilson lied on the AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT and COMPLAINT which states: On or about January 27, 2004, within the District of Columbia, MICHAEL MOMENT threatened to injure/ kidnap PEARL REARDON. At trial Mrs. Reardon testified to the opposite of what Detective Wilson wrote in the AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT. Detective Wilson filed these false papers in retaliation for Plaintiff going to her supervisor. Even if the Plaintiff said what Detective Wilson stated in the AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT and at trial that the Plaintiff said he would meet Mrs. Reardon in alley is not a crime.

Mr. Michael Moment is seeking relief of $ 100,000,000.00 from the District of Columbia for:

Violating Constitutional Right: That the Plaintiff's arrest was based on hearsay and the false affidavit Detective Wilson filed and under Title 18,U.S.C., Section 242 Deprivation of Right Under Color of Law and Title 18, U.S.C., Section 1018, Official Certificates or Writings. Plaintiff Constitutional Rights Violated: 4th Amendment, 5th Amendment, 6th Amendment, and 14th Amendment.

  (1) **Conspiracy**: Title 18, U.S.C., Section 241 Conspiracy Against Rights

  (2) **Filing False Papers**: Title 18, U.S.C., Section 1018. Official Certificates or Writings.

3

(3) **False Arrest**: The defendants intended to restrict the Plaintiff's freedom of movement. The Plaintiff's freedom of movement was directly restricted by the acts of the defendants.

That the defendants have caused damages to the Plaintiff by their false arrest and detention of the Plaintiff, and Plaintiff is entitled to recover against the defendants for injuries, damages and losses caused by their false arrest as set forth in this Complaint.

(4) **Outrageous Conduct**: Detective Wilson and District of Columbia actions as set forth herein, were outrageous, intolerable and so extreme as to exceed all bounds of decency which prevail in civilized communities and societies

(5) **Negligent Supervision**: The defendant, District of Columbia, is required to supervise the actions of its detective.

That the defendant, District of Columbia, created an unreasonable risk of harm to the Plaintiff by failing to adequately supervise, control or otherwise monitor the activities of its employees, defendants.

That the defendant, District of Columbia, has caused damages by way of its negligent supervision; and the Plaintiff is entitled to recover against defendant, District of Columbia,

(6) **Retaliation**: Mr. Moment retaliation claim is that Detective Wilson "retaliated" against him by filing false information to have Mr. Moment arrested and perjured herself at trial to cover for the false information she put into the report.

Respectfully submitted:

Signature: *[signature]*

Michael Moment
P.O. Box 1456
Owings Mills, Md. 21117
Telephone No: (240) 832-7906

4

## Certificate of Service

I certify that I have served a copy of the foregoing on <u>Anthony Williams</u> by hand / by first class mail at <u>350 Pennsylania Ave. N.W. Washington DC. 20004</u>

this <u>27</u> day of <u>June</u>, 2005.

Signature: _____

5