**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| MICHAEL MOMENT,            )<br>                                           )<br>            Plaintiff,              )<br>                                           )     Civil Action No. 05-1888<br>        v.                                 )     Calendar #14 Judge Weisberg<br>                                           )     Next Event: 11/18/05<br>DISTRICT OF COLUMBIA,  )           Dispositive Motion<br>                                           )<br>            Defendant.          )<br>_____) | |

### O R D E R

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, the opposition thereto, and the record herein, it is by the Court this _11th_ day of _January_, 2005,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED:    that the plaintiff's Complaint be DISMISSED WITH PREJUDICE. _for failure to satisfy DC Code §12-309 as to Plaintiff's non-constitutional claims and, as to his constitutional claims, pursuant to Monell v. Dept. of Social Services of the City of New York, 436 U.S. 658, 694 (1978)._

                                                        _Lawrence Weisberg_
                                                        JUDGE, Superior Court of the District of Columbia

Cc:    Michael Moment
        P.O. Box 1456
        Owings Mills, MD 21117

        Theresa A. Rowell
        Assistant Attorney General
        Suite 6S087
        441 Fourth Street, N.W.
        Washington, D.C. 20001

Order docketed and copies mailed
from Chambers, First Class Mail, to
parties indicated above on 1/12/06.

9



Case: 2005 CA 001888 B