**RECEIVED**

APR 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL MOMENT
P.O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832 - 7906
      Plaintiff,

                       Civil Action No. 1:05CV02470 R.W.R.

vs.

DISTRICT OF COLUMBIA,
Mayor Anthony Williams
Corporation Counsel of District of Columbia,

      Defendants,

1

# PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT

COMES NOW, the Plaintiff, Michael Moment, moves this Honorable Court to deny Defendants Motion to Vacate Default Judgment for the reasons which follow:

1. December 27, 2005, Plaintiff filed suit on the District of Columbia, C.A. #1:05CV02470 (1) Attorney General for the District of Columbia (2) Mayor Anthony A. Williams. On the same day, Plaintiff sent the complaint next day delivery with return receipt to the Defendants. Pursuant to Federal Rules of Civil Procedure: Rule 5. Service and Filing of Pleadings and Other Papers.

    a.) On December 28, 2005, at 2:17pm, Plaintiff's complaint was delivered to the office of Theresa A. Rowell Attorney General.

    b.) On December 28, 2005, at 10:39 am Plaintiff's complaint was delivered to the office of Mayor Anthony Williams of District of Columbia.

2. The Office of the Attorney General is supposed to have the top professional attorneys to represent the District of Columbia. In their Motion to Vacate, the attorney for the Defendants wants this court to vacate a default judgment because they state a filing error. The Defendants were served on December 28, 2005; an answer was to be filed by Defendants by January 17, 2006. Plaintiff gave Defendants 52 additional days before filing a default judgment. Now the Defendants want to pass the blame on to some one else. This is the same type of tactics the Defendants use in the Superior Court for the District of Columbia after being order by Judge Frederick H. Weisberg to respond to the complaint. The

Defendants refused to obey the order from the courts of October 7, 2005. The Defendants have not taken responsibility for their acts. The Defendants would like this court to believe that a filing error is why they did not respond to a $150,000,000.00 million dollars lawsuit. This is done deliberately just as the Defendants deliberately refused to obey the order of Judge Weisberg in Superior Court for the District of Columbia.

3. The Office of The Attorney General for the District of Columbia should know the Federal Rules of Civil Procedure, Rule 5 Judgment Rule 55, Rule 60(b), Rule 54(b) (c) (d).

However, Plaintiff (Mr. Moment) is unschooled in writing and framing legal documents, Mr. Moment may have failed to address some aspect of this matter which the Court may consider relevant to a disposition in his favor. Wherefore Mr. Moment moves the Court to Order oral arguments on the Defendants Motion to Dismiss Default Judgment.

**WHEREFORE,** the premises considered the Plaintiff requests that this Honorable Court DENY Defendant's Motion to Vacate Default Judgment.

Michael Moment
P.O. Box 5298
Hyattsville, Maryland, 20782-0298
(240) 832-7906

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2006, a copy of the foregoing was sent, by first class mail, postage prepaid, to Defendant's. Attorney General for the District of Columbia at 441 4th Street, NW Washington, DC 20001 and Mayor Anthony A. Williams at 1356 Pennsylvania Ave., NW Washington, DC 20004.

Michael Moment