Exhibit (1)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

MICHAEL MOMENT,
         Plaintiff,

v.

                        Civil Action No. 05-1888
                        Calendar 14

DISTRICT OF COLUMBIA, et al.,
         Defendants.

### ORDER

Upon consideration of Plaintiff's motion for default judgment and the court having granted Defendants' motion for additional time to respond to the complaint in open court on October 7, 2005, it is this 14th day of October, 2005

ORDERED that Plaintiff's motion for default judgment be, and it hereby is, denied.

JUDGE FREDERICK H. WEISBERG

Copies to:

Michael Moment
P.O. Box 1456
Owings Mills, MD 21117

Theresa Rowell
Office of the Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

Order docketed and copies mailed from Chambers, First Class Mail, to parties indicated above on 10/17/05.



Exhibit (2)



*Superior Court of the District of Columbia*
*Civil Division*

Moment, M vs. District of Columbia, et al                                  C.A. No. 05ca001888

## INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the Conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Requests must be made not less than six business days before the scheduling conference date. No other continuance of the Conference will be granted except upon motion for good cause shown.

March 15, 2005                                  Chief Judge Rufus G. King, III

Case Assigned to:    Calendar #14  (Judge Frederick Weisberg)

Initial conference: @ 9:30am  06/17/05    Courtroom: 318, Main Bldg., 3rd Floor
                                                                 500 Indiana Ave., N.W.
                                                                 Washington, D.C. 20001

# Metropolitan Police Department — Incident-Based Event Report
Washington, D.C.

**PART I - CLASSIFICATION OF EVENT**

- **1. Type of Report:** ● Offense  ○ Incident
- **2. Date and Time of Event:** Start: Jan 27 04 14:32
- **3. Date of Report:** Jan 27 04
- **4. Time of Report:** 16:21
- **5. District / Sector / Beat:** 2 / D / 201
- **Complaint Number:** 020 011 879 (handwritten: 15D; "1768")

- **9. Event Location Address:** 4339 HARRISON ST., NW — Inside of
- **10. Report Received By:** ● Radio run
- **11. Is Radio Run Location and Event Location the Same?** ● Yes
- **12. Property Type:** ● Public

- **13. Event No. 1:** THREATS
- **16. Forced Entry:** ● No
- **17. Point of Entry:** NA
- **18a. Method Used:** VERBAL
- **18b. Tools Used:** PHONE
- **19. Weather Conditions:** ● Clear
- **20. Suspected Hate Crime?** ● None
- **21. Security System:** ● Not applicable
- **22. Location Type:** ● Residence/Home
- **23. Designated Areas:** ● Apartment/Condo unit

**PART II - VICTIM INFORMATION**

- **24. Name of Complainant/Victim No. 1:** REARDON, PEARL
- **25. Related to Event No(s):** 1
- **26. Victim Type:** ● Individual
- **27. Date of Birth:** Apr 17 41
- **28. Age Range:** ● 18-65 yrs.
- **29. Sex:** ● Female
- **30. Home Phone:** (202) 966-2266
- **31. Business Phone:** SAME
- **32. Race/Ethnicity:** ● Unknown/Refused
- **33. Home Address:** ● DC Resident — SAME AS EVENT
- **34. Business Address/School:** SAME AS EVENT
- **35. Occupation:** SELF EMPLOYED
- **36. Is Event Related to Occupation?** ● No

- **52. Status:** ● Open
- **53. Reviewer:** [signature]

PD-251 4/?

PAGE 1

## PART I - INJURY/PROPERTY/VEHICLE INFORMATION

**IS VICTIM #1 THE REPORTING PERSON?** If yes, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.   ○ Yes   ● No

Name: _____   Phone-Area Code: _____
Address: _____

**DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?**   ○ Yes   ● No

**WAS PD FORM 378A ISSUED?**   ○ Yes   ● No

**IS CPO/TPO OUTSTANDING?**   ○ Yes   ● No   ○ Unknown   IF YES, ENTER CPO/TPO #: _____

**INJURIES** — Use the following codes to describe injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim | ①②③④⑤ | N M B O I G L T U | N/A | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ①②③④ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ①②③④⑤ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ①②③④ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ①②③④⑤ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ①②③④ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim | ①②③④⑤ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Suspect | ①②③④ | N M B O I G L T U | | | | ○ Yes ○ No | | ○ Admitted ○ Released |

### PART II - PROPERTY

Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, L = Lost, P = Suspected proceeds of crime, O = Other, D = Alleged drug type

a. Property Book & Page No.: _____
b. Location of Property Book: _____

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

N/A

### VEHICLE INFORMATION

Vehicle operated/used by:   ○ Victim   ○ Suspect   ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### PART III - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**#1**   ● Suspect   ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ● Black ○ Latino/Hispanic ○ Other | ● Male ○ Unknown ○ Female | 41 | UNK | UNK | UNK | UNK |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | ○ Alcohol ○ Drugs ○ Computer ● N/A |

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Revolver ○ Rifle ○ Shotgun ○ Semi-automatic ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
| | | | |

**#2**   ○ Suspect   ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Revolver ○ Rifle ○ Shotgun ○ Semi-automatic ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
| | | | |

**#3**   ○ Suspect   ○ Missing

| a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|
| ○ Asian ○ White ○ Unknown ○ Black ○ Latino/Hispanic ○ Other | ○ Male ○ Unknown ○ Female | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ○ Alcohol ○ Drugs ○ Computer ○ N/A |

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Revolver ○ Rifle ○ Shotgun ○ Semi-automatic ○ Automatic ○ Other firearm
Other: ○ Cutting instrument ○ Blunt object ○ Motor vehicle ○ Hands/Feet/Teeth ○ None ○ Unknown ○ Other (specify)

| Color | Make | Model | Caliber |
|---|---|---|---|
| | | | |

*Value of vehicles to be entered by Information Processing section

CCN ___011-879___

## PD-T... MISSING PERSONS

| PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | COMPLAINT NUMBER |
|---|---|---|---|
| | | | 011879 |

| IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED | CLASSIFICATION | CLASSIFIED BY: |
|---|---|---|
| NA | ○ Critical  ○ Non-critical | |

| PHYSICAL/MENTAL CONDITION (i.e., diabetic) | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | NAME OF PARENT/GUARDIAN |
|---|---|---|

| ADDRESS OF PARENT/GUARDIAN | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|

**NARRATIVE** — Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued:

C-1 REPORTS THAT S-1 CALLED HER ON THE PHONE ON THE LISTED DATE AND TIME. A VERBAL ARGUMENT ENSUED. S-1 THEN THREATENED HER, BY SAYING YOU DON'T KNOW ME, "I WILL CATCH YOU IN AN ALLEY ONE NIGHT, AND BEAT YOU UP". C-1 STATED THAT SHE WAS SCARED BY THIS STATEMENT.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | TELETYPE # |
|---|---|---|---|---|

| REPORTING OFFICER'S SIGNATURE | ELEMENT | OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | SECOND OFFICER'S NAME | ELEMENT | SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| [signature] | 2D | ○ USCP  ○ USSS  ○ METRO TRANSIT  ○ OTHER | | | [signature] | 2D |

PAGE 3

# PART VI - ADDITIONAL INFORMATION (Use PD Form 251-C for additional victims or suspects.)

## 84. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1
### 85. RELATED TO EVENT NO(S): 1 2 3 4 5 6 7 8 9 10

### 86. VICTIM TYPE
- Individual
- Business
- Financial inst.
- Government
- Religious org.
- Society/Public
- Police officer
- Other

### 87. DATE OF BIRTH
Unknown  NA

| Month | Day | Year |
|-------|-----|------|
| Jan   |     |      |
| Feb   |     |      |
| Mar   | 0 0 | 0 0  |
| Apr   | 1 1 | 1 1  |
| May   | 2 2 | 2 2  |
| Jun   | 3 3 | 3 3  |
| Jul   |   4 | 4 4  |
| Aug   |   5 | 5 5  |
| Sep   |   6 | 6 6  |
| Oct   |   7 | 7 7  |
| Nov   |   8 | 8 8  |
| Dec   |   9 | 9 9  |

### 88. AGE RANGE
- 0-1 yr.
- 2-12 yrs.
- 13-17 yrs.
- 18-65 yrs.
- Over 65

### 89. SEX
- Male
- Female
- Unknown

### 90. HOME PHONE ( )
### 91. BUSINESS PHONE ( )

### 92. RACE/ETHNICITY (Mark all that apply)
- American Indian/Alaskan Native
- Asian/Pacific Islander
- Black
- Chinese
- Latino/Hispanic
- Jamaican
- Japanese
- Korean
- Vietnamese
- White
- Other
- Unknown/Refused

### 93. HOME ADDRESS
DC Resident   Non-DC Resident   Unknown

### 94. BUSINESS ADDRESS/SCHOOL

### 95. OCCUPATION
### 96. IS EVENT RELATED TO OCCUPATION?  Yes  No  Unknown

### 97. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

## 98. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1
### 99. RELATED TO EVENT NO(S): 1 2 3 4 5 6 7 8 9 10

### 100. VICTIM TYPE
- Individual
- Business
- Financial inst.
- Government
- Religious org.
- Society/Public
- Police officer
- Other

### 101. DATE OF BIRTH
Unknown  NA

| Month | Day | Year |
|-------|-----|------|
| Jan   |     |      |
| Feb   |     |      |
| Mar   | 0 0 | 0 0  |
| Apr   | 1 1 | 1 1  |
| May   | 2 2 | 2 2  |
| Jun   | 3 3 | 3 3  |
| Jul   |   4 | 4 4  |
| Aug   |   5 | 5 5  |
| Sep   |   6 | 6 6  |
| Oct   |   7 | 7 7  |
| Nov   |   8 | 8 8  |
| Dec   |   9 | 9 9  |

### 102. AGE RANGE
- 0-1 yr.
- 2-12 yrs.
- 13-17 yrs.
- 18-65 yrs.
- Over 65

### 103. SEX
- Male
- Female
- Unknown

### 104. HOME PHONE ( )
### 105. BUSINESS PHONE ( )

### 106. RACE/ETHNICITY (Mark all that apply)
- American Indian/Alaskan Native
- Asian/Pacific Islander
- Black
- Chinese
- Latino/Hispanic
- Jamaican
- Japanese
- Korean
- Vietnamese
- White
- Other
- Unknown/Refused

### 107. HOME ADDRESS
DC Resident   Non-DC Resident   Unknown

### 108. BUSINESS ADDRESS/SCHOOL

### 109. OCCUPATION
### 110. IS EVENT RELATED TO OCCUPATION?  Yes  No  Unknown

### 111. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1

---

### 112. #1 Suspect/Missing
- a. Race: Asian / White / Black / Latino/Hispanic / Unknown / Other
- b. Sex: Male / Female / Unknown
- c. Exact Age or Range
- d. Height
- e. Weight
- f. Eyes
- g. Hair
- h. Complexion
- i. Scars
- j. Mustache
- k. Facial Hair
- l. Hat
- m. Coat/Jacket
- n. Pants
- o. Blouse/Shirt
- p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A
- q. Weapons Used in Offense (Mark all that apply)
  - Firearm: Handgun / Shotgun / Other / Revolver / Semi-automatic / Other firearm / Rifle / Automatic
  - Other: Cutting instrument / Hands/Feet/Teeth / Other (specify) / Blunt object / None / Motor vehicle / Unknown
- Color  Make  Model  Caliber

### 113. #2 Suspect/Missing
- a. Race: Asian / White / Black / Latino/Hispanic / Unknown / Other
- b. Sex: Male / Female / Unknown
- c. Exact Age or Range
- d. Height
- e. Weight
- f. Eyes
- g. Hair
- h. Complexion
- i. Scars
- j. Mustache
- k. Facial Hair
- l. Hat
- m. Coat/Jacket
- n. Pants
- o. Blouse/Shirt
- p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A
- q. Weapons Used in Offense (Mark all that apply)
  - Firearm: Handgun / Shotgun / Other / Revolver / Semi-automatic / Other firearm / Rifle / Automatic
  - Other: Cutting instrument / Hands/Feet/Teeth / Other (specify) / Blunt object / None / Motor vehicle / Unknown
- Color  Make  Model  Caliber

### 114. #3 Suspect/Missing
- a. Race: Asian / White / Black / Latino/Hispanic / Unknown / Other
- b. Sex: Male / Female / Unknown
- c. Exact Age or Range
- d. Height
- e. Weight
- f. Eyes
- g. Hair
- h. Complexion
- i. Scars
- j. Mustache
- k. Facial Hair
- l. Hat
- m. Coat/Jacket
- n. Pants
- o. Blouse/Shirt
- p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A
- q. Weapons Used in Offense (Mark all that apply)
  - Firearm: Handgun / Shotgun / Other / Revolver / Semi-automatic / Other firearm / Rifle / Automatic
  - Other: Cutting instrument / Hands/Feet/Teeth / Other (specify) / Blunt object / None / Motor vehicle / Unknown
- Color  Make  Model  Caliber

DAVIS, STEPHEN #4102     LOG # 0692

PD 252 Rev. 10/86    Metropolitan Police Department    **SUPPLEMENT REPORT**    Washington, D.C.

| | | | | |
|---|---|---|---|---|
| ☐ Classification Change | ☒ Additional Information | 1. DISTRICT: 2D   2. BEAT: 202 | 3. ORIGINAL CLASSIFICATION: THREATS | 4. COMPLAINT NUMBER: 011 879 |
| | | 5. DATE OF THIS REPORT: 1-27-04 | 6. RECEIVING ELEM: 2D | 7. CLASSIFICATION OF REPORT CHANGES TO: |

| 8. DATE AND TIME OF EVENT | 9. DATE AND TIME OF ORIG. RPT. | | | 11. PROPERTY TYPE |
|---|---|---|---|---|
| 1-27-04 1432 | 1-27-04 1621 | | NW | ☐ PUBLIC   ☒ PRIVATE |

| 12. RADIO RUN RECEIVED | TIME RECEIVED | 13. DESCRIBE LOCATION | 14. WHERE ENTERED | 15. TOOLS/WEAPONS | 16. METHODS |
|---|---|---|---|---|---|
| ☒ YES ☐ NO | 1630 | RESIDENCE | NA | PHONE | VERBAL |

| 17. COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DOB | | | 18. COMPLAINANT/MISSING PERSON/FIRM | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|
| A) REARDON, PEARL | F | B | [redacted] | | B) | | | | |

| | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ SUSPECT ☐ MISSING PERSON | B | M | 41 | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK | UNK |

**20. SOLVABILITY FACTORS** — Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | |
|---|---|---|
| IS THERE A WITNESS? | ☐ YES ☒ NO | |
| IS A SUSPECT NAMED? | ☒ YES ☐ NO | MICHAEL MOMENT AGE 41   16000 PEBBLE STE DR SILVER SPRING MD |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☒ NO | |
| IS PHYSICAL EVIDENCE PRESENT? | ☐ YES ☒ NO | |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☒ YES ☐ NO | DAUGHTER'S BOYFRIEND |
| WAS A REFERRAL FORM GIVEN TO COMPLAINANT? | ☐ YES ☒ NO | |
| IS AN MO OR PATTERN INDICATED? | ☐ YES ☐ NO | |

**21. ADDITIONAL STOLEN PROPERTY**: NA

**22. NARRATIVE:**

MRS. REARDON HAD NOT HEARD FROM HER DAUGHTER IN THREE (3) DAYS. ON 1-19-04, SHE CALLED S-1 SISTER AT WORK. THE DAUGHTER WAS LATER LOCATED. S-1 CALLED C-1 RESIDENCE ON 1-27-04 AND WANTED TO SPEAK TO THE DAUGHTER. THEY GOT INTO AN ARGUEMENT ABOUT THE PHONE CALL TO HIS FAMILY. S-1 SAID HE WOULD

## CONTINUATION REPORT

**1. COMPLAINT NUMBER:** 011879

**2. NARRATIVE CONTINUED**

SUE C-1 IF SHE CALLS HIS FAMILY IN THE FUTURE. SOME WORDS WERE EXCHANGED AND S-1 THREATENED TO CATCH C-1 OUT ONE NIGHT AN ASSAULT HER.

C-1 WAS GIVEN CCN # AND ADVISED, IF S-1 ~~CONTINUES TO THREATEN HER~~ SHE CAN CALL MPD AND HAVE A SUPPLEMENTARY REPORT MADE.

OFFICER'S NOTES:

C-1 DOESN'T LIKE HER 38 YR OLD DAUGHTER BOYFRIEND. SHE ALSO APPEARS TO BE STRONG-WILLED. S-1 MAY HAVE GOTTEN FRUSTRATED WITH ARGUING WITH C-1.
C-1 STATED SHE HAS NEVER SEEN S-1 OR KNOW HIM. SHE WANTED A REPORT MADE, JUST IN CASE HE REALLY WANTS TO HARM HER.

**REPORTING OFFICER:** [signature] 4102 2D
**INVESTIGATOR:**
**SUPERVISOR:** [signature]

FROM :   FAX NO. :   Apr. 15 2008 05:50AM P3

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

Exhibit (4)

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 384-04

| DEFENDANT'S NAME: MOMENT, MICHAEL | | | | | | CCR: 011-879 | PDID: 449-720 |
|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 3-18-62 | HEIGHT: 5'7" | WEIGHT: 190 | EYES: BRO | HAIR: BLK | COMPLEXION: DARK |

DEFENDANT'S HOME ADDRESS: 63 KINGMAN VIEW CIRCLE, SILVER SPRING, MARYLAND
TELEPHONE NUMBER: 301 593-7819

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: REARDON, PEARL

LOCATION OF OFFENSE: [redacted]
DATE OF OFFENSE: 1-27-04
TIME OF OFFENSE: 1432

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

POLICE REPORT/INVESTIGATION
ON 1-27-04, C-1 MADE A REPORT OF THREATS TO THE METROPOLITAN POLICE DEPARTMENT. C-1 REPORTED THAT S-1 CALLED HER ON THE PHONE AT WHICH TIME A VERBAL ARGUMENT ENSUED. S-1 THEN THREATENED C-1 BY SAYING YOU DON'T KNOW ME, "I'LL CATCH YOU IN AN ALLEY ONE NIGHT, AND BEAT YOU UP." C-1 STATED THAT THIS STATEMENT SCARED HER. DURING THE INVESTIGATION, THE AFFIANT LEARNED THAT C-1'S ADULT DAUGHTER, W-1, IS ENGAGED TO S-1. C-1 REPORTED THAT SHE IS NOT PLEASED WITH W-1'S RELATIONSHIP WITH S-1 BECAUSE W-1 HAS ONLY KNOWN S-1 FOR ABOUT SIX MONTHS. C-1 REPORTED THAT W-1 DOES NOT KNOW ENOUGH ABOUT S-1 IN SIX MONTHS TIME. C-1 STATED THAT S-1 ALONG WITH W-1 AND W-1'S DAUGHTER WHO IS EIGHT YEARS OLD, WENT AWAY ON A WEEKEND TRIP OUT OF TOWN AND C-1 WAS UNABLE TO LOCATE OR MAKE CONTACT WITH W-1. IT WAS AT THIS TIME THAT C-1 WAS ABLE TO LOCATE W-2, WHO IS THE ADULT SISTER OF S-1 IN THE TELEPHONE BOOK AFTER MERELY SEARCHING THE TELEPHONE BOOK FOR PERSONS WITH THE SAME LAST NAME AS S-1. C-1 THEN CALLED S-1'S SISTER WHO REPORTEDLY WAS NOT PLEASED WHEN C-1 CALLED W-2. UPON LEARNING THAT C-1 CALLED HIS SISTER, W-2, IN AN EFFORT TO LOCATE, W-1, S-1 CALLED C-1 ON THE PHONE TO EXPRESS HIS DISAPPROVAL. THE AFFIANT INTERVIEWED S-1 WHO REPORTED THAT HE DID CALL C-1 ON THE PHONE BUT DID NOT THREATEN C-1. S-1 DID SAY THAT HE TOLD C-1 HE WOULD MEET HER IN AN ALLEY BECAUSE C-1 CALLED W-2, WHO IS HIS SISTER. W-1 WAS INTERVIEWED AND REPORTED THAT SHE WAS PRESENT AT C-1'S HOME WHEN S-1 CALLED. W-1 STATED THAT C-1 REPEATED FOR HER HEARING FOR HER, W-1, TO REALIZE WHAT S-1 WAS SAYING TO C-1. W-1 REPORTED THAT SHE HEARD C-1 SAY, "YOU'RE GONNA MEET ME BEHIND SOME BAR ONE NIGHT AND BEAT ME UP." W-1 THEN HEARD C-1 TELL S-1 THAT SHE DOES NOT GO TO BARS. W-1 REPORTED THAT THE CONVERSATION CLEARLY RATTLED C-1 ALTHOUGH W-1 COULD NOT HEAR S-1'S END OF THE CONVERSATION. ON 3/26/04, W-1 IDENTIFIED A SINGLE PHOTOGRAPH OF THE DEFENDANT AS MICHAEL MOMENT.

DISPOSITION
THE AFFIANT BELIEVES PROBABLE CAUSE HAS BEEN ESTABLISHED AND RESPECTFULLY REQUESTS A WARRANT BE ISSUED FOR THE SUSPECT MICHAEL MOMENT.

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR: Threats (F)

CHARGED WITH: _____

ASSISTANT UNITED STATES ATTORNEY
NCIC approval

AFFIANT'S SIGNATURE: X [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th DAY OF APRIL

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Tim Murphy

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

# COMPLAINT

Exhibit (5)

District of Columbia ss:                                        No. 38404

Defendant's Name: Michael Moment
                  (First)    (MI)    (Last)         449720
                                                  (PDID)    (CCNO)
Address: 63 KINGMAN VIEW CIRCLE, SILVER SPRING MD

On or about January 27, 2004, within the District of Columbia, MICHAEL MOMENT threatened to injure/kidnap PEARL REARDON. **(Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code, Section 1810 (2001 ed.))**

Co-Defendants:

Subscribed and sworn to before me this ___7___ day of ___April, 2004___

_____
Affiant's Name

_____
(Judge)  (Deputy Clerk)

## WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for ___Michael Moment___
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued _____

Judge Tim Murphy
Superior Court of the District of Columbia

| Sex: Male | DOB: 03/18/1962 | CCN: | PDID: 449720 |
|---|---|---|---|
| Papering Officer: Wilson | | | Badge No.: D-300 |

**OFFICER MUST EXECUTE RETURN**

Officer's _____  W045804?

Date/Time: _____

AUSA Signature: _____                               Fel. ☐

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

Exhibit (6)

## INFORMATION

No. M0482804

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: Michael Moment       449720     04011879     03/18/1962
                  (First)  (MI)  (Last)   (PDID)    (CCNO)       (DOB)

Address: 64 KINGMAN VIEW CIRCLE, SILVER SPRING MD

1  On or about January 27, 2004, within the District of Columbia, Michael Moment made threats to do bodily harm to Pearl Reardon. (Threats, in violation of 22 D.C. Code, Section 407 (2001 ed.))

Co-Defendants:

United States Attorney for the District of Columbia

| By: Assistant United States Attorney | | Date: May 12, 2004 |
|---|---|---|
| By Officer: Donna Wilson | | Badge No.: D2-300 |

Exhibit (7)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No.: M 4628-04
PDID No.: 449-720

vs.

_Michael Newman_

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of [ ] Not Guilty [ ] Guilty to the Charge(s) of _Count "C" - Attempted Threats_

and having been found guilty by [ ] Jury [✓] Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _As to Count "C" - 90 days E.S.S.; 1 Year Supervised Probation; (240) Hours of Community Service to be completed within 10 Months; and Fine $500.00 To be Paid by: 11/12/04. * Stayaway from Pearl Reardon + her Husband. No contact by telephone, in person, thru third Party, by Mail or through a Third Party. Also stayaway from the 4200, 4300, & 4400 Blk of Hairsto St NW (6 Blk in all Dir.) * APPEAL RIGHTS GIVEN * + the Alley behind the incident_

[ ] MANDATORY MINIMUM term of _____ applies to the sentence imposed

[ ] MANDATORY MINIMUM term does not apply.

[ ] ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

[ ] ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903(b) of the D.C. Code [Youth Rehabilitation Act 1985]

[✓] ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

[✓] Observe the general conditions of probation listed on the back of this order.

[ ] Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

[ ] Treatment for [ ] alcohol problems [ ] drug dependency or abuse as follows: _____

[ ] Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

[✓] The Court will distribute monies to _Enroll + Complete an Anger Management Class Also, Stayaway from the 6300 Blk of Kingmiont (same 6 Blk Radius in all Blk)_

Costs in the aggregate amount of $ _50.00_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and [ ] have [✓] have not been paid. _Payable by 1/25/05_

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized officials and that the copy shall serve the commitment/order for the defendant.

_8/12/04_
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

_8/12/04_
Date

Judge

Deputy Clerk

Form CDF197-1040

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## NOTICE OF APPEAL
### CRIMINAL DIVISION AND FAMILY COURT/JUVENILE AND NEGLECT BRANCH

2004 SEP 10 A 9:50

Superior Court Case Caption: ~~Superior~~ US vs Michael Moment

Superior Court Case No.: M4828-04

**Appoint new counsel:** _____ Yes (If trial counsel seeks appointment for the appeal, counsel must be on the Court of Appeals CJA list and file the required certification.)

A. Notice is given that (person appealing) MICHAEL MOMENT is appealing an order/judgment from the
Criminal Division  X   (or)  Family Court/Juvenile and Neglect Branch _____

{Please check one}  ☐ Juvenile  ☐ Felony  ☒ Misdemeanor
☐ Traffic  ☐ D.C. Case  ☐ Special Proceedings
☐ Drug Court  ☐ Domestic Violence

RECEIVED SEP 10 2004

Date of entry of judgment or order appealed from (if more than one judgment or order is being appealed, list all): 8/12/2004

Superior Court Judge: CRAIG ISCOE

Description of judgment or order: 90 days of ESS, 1yr Supervised Probation

Most serious offense at conviction: ATTEMPTED THREATS

Has there been any other notice of appeal filed in this case? ☐ YES  ☒ NO

If so, list the other appeal numbers: _____

List any co-defendants and their Superior Court case number(s): ∅

B. Jury trial _____   Bench trial  X    Other _____

C. Is the defendant currently confined? ☐ YES  ☒ NO   Defendant's DCDC # _____
or Fed# _____

Defendant's current address: P.O. Box 1456, Owings Mills MD 21117

Was the defendant determined eligible for court-appointed (i.e. CJA) counsel:
☐ YES  ☐ NO

DATE  5/05/06

DISTRICT OF COLUMBIA COURT OF APPEALS    Exhibit (9)

CASE NUMBER 04-CM-001144

CASE TITLE

MICHAEL MOMENT
                                    APPELLANT

V.

UNITED STATES
                                    APPELLEE

---

| ATTORNEYS FOR APPELLANT | ATTORNEYS FOR APPELLEE |
|---|---|
| MOMENT, MICHAEL<br>PRO SE<br>PO BOX 5298<br><br>HYATTSVILLE        MD 20782-0298<br>240-832-7906<br>FOR: MOMENT, MICHAEL | *GABRIEL, ELIZABETH<br>US ATTORNEY'S OFFICE<br>US ATTORNEYS OFFICE<br>555 FOURTH ST, NW<br>WASHINGTON        DC  20530-0000<br>202-514-7088<br>FOR: UNITED STATES |

---

COURT/AGENCY #: CMD4828-04
TRIAL JUDGE: ISCOE, CRAIG
DATE OF JUDGMENT/ORDER: 8/12/2004
NOTICE OF APPEAL: 09/10/2004
    RECORD COMPLETED: 9/07/2005
    BRIEFS COMPLETED: 1/30/2006

---

REMARKS:  THREATS

---

ATTORNEYS

| | |
|---|---|
| MCLEESE III, ROY W.<br>US ATTORNEY'S OFFICE<br>US ATTORNEY'S OFFICE<br>555 4TH ST., NW, RM 8104<br>WASHINGTON        DC 20001-0000 | UNITED STATES<br>APPELLEE |

---

FILINGS/PROCEEDINGS

9/10/2004   NOTICE OF APPEAL
           DMITCHELL

9/23/2004       On consideration of the notice of appeal

Exhibit (10)



# Court Services and Offender Supervision Agency for the District of Columbia
*Community Supervision Services*

GS-009     **SUPERVISION REPORT** (PINK COPY-OFFENDER/ WHITE COPY-FILE)

| | |
|---|---|
| **OFFENDER NAME:**    Male ☐    Female ☐ | **DATE:** |
| ☐ Parole    ☐ Probation | **COMMUNITY SUPERVISION OFFICER:** |

**ADDRESS INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No):
- Address:     Telephone:
- Persons Living with You:     Date Moved (if moved during the month):
- Mailing Address (if different from above):

**EMPLOYMENT INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No):
- If unemployed, list means of support:
- Employer Name:
- Address:     Telephone:
- Job Title:     Gross Pay:
- How many days did you miss work?     Why?
- Did you bring proof of employment or legal income? ☐ Yes (attach) ☐ No    Did you change jobs? ☐ Yes ☐ No

**SCHOOL/PROGRAM INFORMATION** (Has this information changed since last report? ☐ Yes ☐ No)
Are you involved in a school, drug, alcohol, or self help program? ☐ Yes ☐ No If yes, indicates below.
- Program/School:     Counselor/Teacher:
- Address:     Telephone:
- Program/School:     Counselor/Teacher:
- Address:     Telephone:

| Do you own or drive a vehicle? ☐ Yes ☐ No | Year: | Make: | Color: | Tag #: | Owner: |
|---|---|---|---|---|---|

**COURT/REARREST INFORMATION** (Have you been arrested or named a defendant in any criminal case? ☐ Yes ☐ No)

| Date of Arrest: | Place of Arrest: | Charge: | Next Court Date: |
|---|---|---|---|
| Disposition: | Bond Status: | Attorney Name & Telephone: | |

Did you possess or use any illegal drugs? ☐ Yes ☐ No   If yes, type of drug:
Registered Sex Offender ☐ Yes ☐ No ☐ N/A

| ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF RELEASE. | I certify that all information is complete and correct. SIGNATURE: |
|---|---|
| **OFFICIAL USE ONLY** PDID #: ____-DCDC____-AO____ | Next Appointment Date: |
| Type of Visit: | Supervision Level: *CALL RE: DOCKET # COMMUNITY SERVICE* |
| CSO Notes and Instructions: ☐ Situation Unchanged | ☐ Referral Today to: |
| CSO Signature: | ☐ Team    CSO Telephone: |

*NO MORE V/ne serv. required at this time*

| Case Number | Status | Judge |
|---|---|---|
| 2005 CA 001888 B | Closed | RETCHIN, JUDITH E |

| In The Matter Of | | Action |
|---|---|---|
| MOMENT, MICHAEL Vs. DC MAYOR ANTHONY WILLIAMS | | Complaint for Malicious Prosecution Filed |

| Party | | Attorneys |
|---|---|---|
| MOMENT, MICHAEL | PLNTF | PRO SE |
| DC MAYOR ANTHONY WILLIAMS | DFNDT | ROWELL, Ms THERESA A |

| Opened | Disposed | Case Type |
|---|---|---|
| 03/08/2005 | Order Granting Motion to Dismiss Entered on Dkt | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 03/08/05 | Complaint for malicious prosecution<br><br>TDMS TYPE: CAC<br>TDMS EVENT: 9101C13<br><br>CREATED BY/ON: #485 Cox, Kin 03-15-2005<br>LAST MODIFIED BY/ON: #468 Vaughn, 03-16-2005 | 0.00 | 0.00 |
| 2 | 05/19/05 | Motion to Dismiss Filed pursuant to SCR Civil 12(b)(4), 12(b)(6), 4(m), and 41(b).<br>Attorney: ROWELL, Ms THERESA A (462523)<br>DC MAYOR ANTHONY WILLIAMS (Defendant);<br>                                      1 | 20.00<br><br>20.00 | -0.00 |
| 3 | 06/17/05 | Initial SCHEDULING conference @ 9:30am<br>FSDATE: 20050617ss<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0296b2N<br>TDMS FLAG: ss<br><br>CREATED BY/ON: #485 Cox, Kin 03-15-2005<br>LAST MODIFIED BY/ON: #485 Cox, Kin 03-15-2005 | 0.00 | 0.00 |
| 4 | 06/17/05 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 06/17/2005 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Court quashes service on defendant. Plaintiff has (30) thirty days from today to re-serve plaintiff. | 0.00 | 0.00 |

Exhibit (12)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL ACTIONS
JAN 12 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

MICHAEL MOMENT, )
)
Plaintiff, )
)
v. )  Civil Action No. 05-1888
)  Calendar #14 Judge Weisberg
)  Next Event: 11/18/05
DISTRICT OF COLUMBIA, )       Dispositive Motion
)
Defendant. )
_____ )

ORDER

Upon consideration of the defendant's Motion to Dismiss, or in the Alternative for

Summary Judgment, the opposition thereto, and the record herein, it is by the Court this

_____11th_____ day of ___January___, 2005,

ORDERED:   that the Motion is GRANTED; and it is

FURTHER ORDERED:    that the plaintiff's Complaint be DISMISSED WITH

PREJUDICE. *for failure to satisfy DC Code §12-309 as to Plaintiff's non-constitutional claims and, as to his constitutional claims, pursuant to Monell v. Dept. of Social Services of the City of New York, 436 U.S. 658, 694 (1978).*

_____
JUDGE, Superior Court of the District of Columbia

Cc:   Michael Moment
      P.O. Box 1456
      Owings Mills, MD 21117

      Theresa A. Rowell
      Assistant Attorney General
      Suite 6S087
      441 Fourth Street, N.W.
      Washington, D.C. 20001

Order docketed and copies mailed
from Chambers, First Class Mail, to
parties indicated above on 1/12/06.

9



| Case Number | Status | Judge |
|---|---|---|
| 2005 CA 001888 B | Closed | RETCHIN, JUDITH E |

| In The Matter Of | Action |
|---|---|
| MOMENT, MICHAEL Vs. DC MAYOR ANTHONY WILLIAMS | Complaint for Malicious Prosecution Filed |

| Party | | Attorneys |
|---|---|---|
| MOMENT, MICHAEL | PLNTF | PRO SE |
| DC MAYOR ANTHONY WILLIAMS | DFNDT | ROWELL, Ms THERESA A |

| Opened | Disposed | Case Type |
|---|---|---|
| 03/08/2005 | Order Granting Motion to Dismiss Entered on Dkt | Civil II |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr     Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 03/08/05 | Complaint for malicious prosecution<br><br>TDMS TYPE: CAC<br>TDMS EVENT: 9101C13<br><br>CREATED BY/ON: #485 Cox, Kin 03-15-2005<br>LAST MODIFIED BY/ON: #468 Vaughn, 03-16-2005 | 0.00 | 0.00 |
| 2 | 05/19/05 | Motion to Dismiss Filed pursuant to SCR Civil 12(b)(4), 12(b)(6), 4(m), and 41(b). Attorney: ROWELL, Ms THERESA A (462523) DC MAYOR ANTHONY WILLIAMS (Defendant);<br>                                              1 | 20.00<br><br><br><br>20.00 | -0.00 |
| 3 | 06/17/05 | Initial SCHEDULING conference @ 9:30am<br>FSDATE: 20050617ss<br><br>TDMS TYPE: EVT<br>TDMS EVENT: 0296b2N<br>TDMS FLAG: ss<br><br>CREATED BY/ON: #485 Cox, Kin 03-15-2005<br>LAST MODIFIED BY/ON: #485 Cox, Kin 03-15-2005 | 0.00 | 0.00 |
| 4 | 06/17/05 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 06/17/2005 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Court quashes service on defendant. Plaintiff has (30) thirty days from today to re-serve plaintiff. | 0.00 | 0.00 |

2005 CA 001888 B    MOMENT, MICHAEL  Vs. DC MAYOR ANTHONY WILLIAMS

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr    Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 5 | 06/24/05 | Notice Mailed<br><br>Notice Of Hearing<br>Sent on: 06/24/2005  15:08:11 | 0.00 | 0.00 |
| 6 | 06/24/05 | Event Scheduled<br>Event: Scheduling Conference Hearing<br>Date: 10/07/2005   Time: 9:30 am<br>Judge: WEISBERG, FREDERICK H.   Location: Courtroom 318<br><br>Result: Scheduling Conference Hearing Held | 0.00 | 0.00 |
| 7 | 07/08/05 | Affidavit of Service of Summons & Complaint on 6/29/05<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 0.00 | 0.00 |
| 8 | 07/08/05 | Affidavit of Service of Summons & Complaint on 6/29/05 (jannice Stokes) DC Corp Counsel<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 0.00 | 0.00 |
| 9 | 09/07/05 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 09/07/2005  19:34:55 | 0.00 | 0.00 |
| 10 | 10/07/05 | Event Resulted:<br>The following event: Scheduling Conference Hearing scheduled for 10/07/2005 at 9:30 am has been resulted as follows:<br><br>Result: Scheduling Conference Hearing Held. Parties present. Defendant to answer complaint by 11-18-05. Court to issue schedule upon ruling (RP)J/Weisberg | 0.00 | 0.00 |
| 11 | 10/17/05 | Order Denying Plaintiff's motion for default jugment Entered on Docket. Signed by J. Weisberg on 10/14/05. Docketed and copies mailed 10/17/05. JC | 0.00 | 0.00 |
| 12 | 11/18/05 | Motion to Dismiss the complaint or in the alternative for summary jdgmt Filed<br>Attorney: ROWELL, Ms THERESA A (462523)<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 20.00<br><br>20.00 | 0.00 |
| 13 | 12/06/05 | Motion for Protective Order Staying Discovery Filed<br>Attorney: ROWELL, Ms THERESA A (462523)<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 20.00<br><br>20.00 | 0.00 |

2005 CA 001888 B   MOMENT, MICHAEL  Vs. DC MAYOR ANTHONY WILLIAMS

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 14 | 12/06/05 | Opposition to Motion to Compel and for immediate default jdgmt for failure to answer complaint Filed<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 0.00 | 0.00 |
| 15 | 12/20/05 | Judge Caseload Transfer.<br>The judge was changed from WEISBERG, FREDERICK H. to RETCHIN, JUDITH E. | 0.00 | 0.00 |
| 16 | 01/06/06 | Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel and for Immediate Sanctions for Failure to Answer Interrogatories Filed<br>DC MAYOR ANTHONY WILLIAMS (Defendant); | 0.00 | 0.00 |
| 17 | 01/12/06 | Order Sua Sponte to deny Plaintiff's Motion to Compel and for Immediate Default Judgment Entered on Docket. Signed by J. Weisberg on 1/11/06, Docketed and copies mailed 1/12/06.  JC | 0.00 | 0.00 |
| 18 | 01/12/06 | Order Sua Sponte denying Plaintiff's Motion to Compel and for Immediate Sanctions Entered on Docket. Signed by J. Weisberg on 1/11/06, Docketed and copies mailed 1/12/06.  JC | 0.00 | 0.00 |
| 19 | 01/12/06 | Order Denying Motion for Protective Order Entered on Docket. Signed by J. Weisberg on 1/11/06, Docketed and copies mailed 1/12/06.  JC | 0.00 | 0.00 |
| 20 | 01/12/06 | Order Granting Motion to Dismiss Entered on Docket. Signed by J. Weisberg on 1/11/06, Docketed and copies mailed 1/12/06.  JC | 0.00 | 0.00 |

```
            Totals By:   Cost            60.00        0.00
                         Information      0.00        0.00
              *** End of Report ***
```