**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL MOMENT, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   Case No. 05-2470 (RWR) |
| | ) |
| THE DISTRICT OF COLUMBIA | ) |
| *et al.*, | ) |
| | ) |
|       Defendants. | ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION TO DENY
DEFENDANT'S MOTION TO VACATE DEFAULT
AND SUMMARY JUDGMENT**

Defendants District of Columbia, Anthony Williams, and Corporation Counsel of the District of Columbia (hereinafter "the District"), by and through undersigned counsel, hereby incorporate their arguments in Defendants' Motion for Judgment on the Pleading or, in the Alternative, for Summary Judgment, Docket # 6, as well as further provide the following response to plaintiffs' Motion to Deny Defendant's Motion to Vacate Default[1]:

Defendants Motion for Judgment on the Pleading should be granted because, as argued in their motion, plaintiff's complaint is precluded on the basis of *res judicata.* "It is understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded." *Buggs v. Powell,* 293 F. Supp. 2d 135, 141 (D.D.C. 2003). In this case, plaintiff has failed to address Defendants' argument that this case falls under the doctrine of *res judicata.* To the contrary, plaintiff, himself, concedes that Judge Weisberg dismissed plaintiff's complaint filed in the

---

[1] On May 17, 2006, the Court ordered plaintiff to supplement his response to Defendants' Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment, by June 16, 2006. Defendants are construing this instant motion as plaintiff's response to the Court's order.

Superior Court **with prejudice**. Pl. Mot. at 5 ("Judge Frederick H. Weisberg of the Superior Court of the District of Columbia did not just dismiss Plaintiff's complaint; he dismissed it with prejudice on all counts.") Therefore, the Court should grant Defendants' Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment, and dismiss plaintiff's complaint with prejudice.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        _____/s/_____
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163


        _____/s/_____
        THERESA A. ROWELL
        Assistant Attorney General
        Bar Number 462523
        Suite 6S050
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6539
        (202) 727-3625 (fax)
        E-mail: Theresa.Rowell2@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant District of Columbia's Motion to Dismiss or, in the alternative, Motion for Summary Judgment was mailed, postage prepaid, on this __29th__ day of June 2006, to:

Michael Moment
P.O. Box 5298
Hyattsville, MD  20782-0298


By:      _____/s/_____
         THERESA A. ROWELL
         Assistant Corporation Counsel