**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____  )
                                          )
**MICHAEL MOMENT,**                       )
                                          )
            **Plaintiff,**                )
                                          )
      **v.**                              )      **Civil Action No. 05-2470(RWR)**
                                          )
**DISTRICT OF COLUMBIA,**                 )
                                          )
            **Defendant.**                )
_____  )

### ORDER

The first filing by a party shall, in conformity with Local Civil Rule 5.1(e)(1), contain in the caption that person's full residence address.  Failure to provide the address information within 30 days of filing may result in dismissal of the case against the defendant.  Plaintiff's complaint does not contain his full residence address, nor did plaintiff furnish within 30 days of filing his complaint or thereafter the address information.  Accordingly, it is hereby

**ORDERED** that plaintiff file a notice within thirty days of the entry of this Order reflecting his full residence address. Failure to comply timely with this Order may result in the complaint being dismissed.

SIGNED this 7th day of September, 2006.

                                   _____/s/_____
                                   RICHARD W. ROBERTS
                                   United States District Judge