```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|                              |     |                               |
|------------------------------|-----|-------------------------------|
| **MICHAEL MOMENT,**          | )   |                               |
|                              | )   |                               |
|     **Plaintiff,** | )   |                               |
|                              | )   |                               |
|     **v.** | )   | Civil Action No. 05-2470 (RWR) |
|                              | )   |                               |
| **DISTRICT OF COLUMBIA, et al.,** | ) |                             |
|                              | )   |                               |
|     **Defendants.** | ) |                          |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion [5] to vacate default be, and hereby is, GRANTED. It is further

ORDERED that the claims against Mayor Williams be, and hereby are, DISMISSED. It is further

ORDERED that defendants' motion [6] for judgment on the pleadings be, and hereby is, GRANTED. Judgment is entered for the remaining defendants.

This is a final, appealable order.

SIGNED this 20th day of March, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```